# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA RANGEL, | CASE NO. 1:12-cv-00411-AWI-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

On June 7, 2012, Plaintiff Rosalinda Rangel submitted her first amended complaint in this matter. The Court, having screened the first amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:   June 12, 2012**                             **/s/ Sandra M. Snyder**
                                                                       UNITED STATES MAGISTRATE JUDGE

-1-