1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROSALINDA RANGEL,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

CASE NO. 1:12-cv-00411-AWI-SMS

ORDER AUTHORIZING
SERVICE OF COMPLAINT

On June 7, 2012, Plaintiff Rosalinda Rangel submitted her first amended complaint in this matter.  The Court, having screened the first amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:    June 12, 2012**          _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE