```
BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| ROSALINDA RANGEL,  )<br>  )<br>          Plaintiff, )<br>  )<br>      v.           )<br>  )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>  )<br>          Defendant. )<br>  )<br>_____ ) | Case No.  CIV-1:12-00411-AWI-SMS<br><br>STIPULATION AND ORDER<br>FOR A FIRST EXTENSION FOR<br>DEFENDANT TO FILE HIS OPPOSITION OR<br>OTHERWISE RESPOND TO PLAINTIFF'S<br>OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a first extension, or until January 2, 2013, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This request is not intended to cause intentional delay. This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: December 3, 2012              */s/ Sengthiene Bosavanh*
                                     (as authorized via e-mail)
                                     SENGTHIENE BOSAVANH
                                     Attorney for Plaintiff

|  |  |
|---|---|
|  | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 3, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/4/2012        /s/ SANDRA M. SNYDER
                        SANDRA M. SNYDER
                        UNITED STATES MAGISTRATE JUDGE