# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA RANGEL, | CASE NO. 1:12-cv-00411-AWI-SMS |
| Plaintiff, | |
| v. | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    On March 19, 2012, Plaintiff Rosalinda Rangel filed a complaint seeking review of the Commissioner's decision to deny her application for Social Security disability benefits. On the date of filing, Plaintiff resided at 5328 E. Alvin Avenue, Stockton, San Joaquin County, California. Doc. 24-1. Her address has not changed since March 19, 2012. *Id.*

    Federal law is clear on the issue of venue: the plaintiff must file suit in the judicial district in which he or she resides or a has a principal place of business. 42 U.S.C. § 405(g). If the plaintiff files in the wrong district, the Court may transfer venue to the proper district. *Id.* In this case, although Plaintiff properly filed her complaint in the Eastern District of California, she improperly filed it in the Fresno Division rather than the Sacramento Division where it was properly venued.

    Good cause appearing, the Court ORDERS this case TRANSFERRED to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

**Dated:   February 2, 2013**           /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE